

FILED
JUL - 3 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMS, CDCR # T-30101,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DR. A. SANGHA; JOHN DOE 1; JOHN DOE 2; JANE AND/OR JOHN DOES 1-50,<br><br>　　　　　　　　　　Defendants. | Civil No.　12cv1449 WQH (NLS)<br><br>ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEE REQUIRED BY 28 U.S.C. § 1914(a) AND/OR FAILING TO MOVE TO PROCEED *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915(a) |

Plaintiff, an inmate currently incarcerated at Centinela State Prison located in Imperial, California, and proceeding pro se, initially filed this civil rights action pursuant to 42 U.S.C. § 1983 in the Northern District of California. [ECF No. 1.] United States District Judge Yvonne Gonzalez Rogers determined that venue was proper in the Southern District of California and transferred the matter on June 13, 2012. After the matter was transferred, Plaintiff filed a First Amended Complaint. [ECF No. 7.]

## I.　FAILURE TO PAY FILING FEE OR REQUEST IFP STATUS

All parties instituting any civil action, suit or proceeding in any district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350. *See*

1  28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay this filing fee only
2  if the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C.
3  § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*,
4  169 F.3d 1176, 1177 (9th Cir. 1999).

   Because Plaintiff has neither prepaid the $350 filing fee mandated by 28 U.S.C. § 1914(a)
6  to commence a civil action; nor filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant
7  to 28 U.S.C. § 1915(a), this action case must be dismissed pursuant to 28 U.S.C. § 1914(a). *Id.*

## II.   Conclusion and Order

   For the reasons set forth above, the Court hereby:

   (1)   **DISMISSES** this action sua sponte without prejudice for failing to pay the $350 filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

   (2)   **GRANTS** Plaintiff **forty five (45)** days leave from the date this Order is filed to: (a) prepay the entire $350 civil filing fee in full; *or* (b) complete and file a Motion to Proceed IFP which includes a certified copy of his trust account statement for the 6-month period preceding the filing of his Complaint. *See* 28 U.S.C. § 1915(a)(2); S.D. CAL. CIVLR 3.2(b).

   **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with this Court's approved form "Motion and Declaration in Support of Motion to Proceed *In Forma Pauperis*." If Plaintiff fails to either prepay the $350 civil filing fee or complete and submit the enclosed Motion to Proceed IFP within that time, this action shall remain dismissed without prejudice and without further Order of the Court.

DATED:   7/4/12                                   [signature]

                                                  HON. WILLIAM Q. HAYES
                                                  United States District Judge